UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 21747
    JERRY HUDSON
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-8099
```

---
TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/19/07 .

2. The case was dismissed without confirmation, 02/15/2008.

3. The Debtor paid a total of $ 1403.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| FAIRVILLE | SECURED VEHIC | .00 | .00 | 300.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 75.00 |
| BRITTANY HUDSON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| TIFFANY HUDSON | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GREATER SUBURBAN ACCEPTA | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | REIMBURSEMENT | 343.00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 343.00 | .00 | .00 | 343.00 |
| PRINCIPAL PAID | 375.00 | .00 | .00 | .00 | 375.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 375.00 | .00 | .00 | .00 | 375.00 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $ 3500.00 and was paid $ 950.03 .

The Trustee received $ 77.97 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


                              PAGE   2
     CASE NO. 07 B 21747 JERRY HUDSON